# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4001

_____

Marcus L. Walker, Jr., (filed by             *
Joe Rieben),                                 *
                                             *
                   Appellant,                *
                                             *
      v.                                     *
                                             *
Arkansas State Hospital; John Doe,           *
Psychiatrist, Arkansas State Hospital,       *
                                             *
                   Appellees.                *


_____                      Appeals from the United States
                                 District Court for the Eastern
No. 00-1351                      District of Arkansas.
_____
                                 [UNPUBLISHED]
Marcus L. Walker, Jr.,            *
                                 *
                   Appellant,    *
                                 *
      v.                         *
                                 *
Arkansas State Hospital,         *
                                 *
                   Appellee.     *
                   _____

Submitted:  June 13, 2000

Filed:  June 29, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and BOWMAN, Circuit Judges.
_____

PER CURIAM.

Marcus L. Walker, Jr. appeals the dismissal for failure to state a claim of his 42 U.S.C. § 1983 action against the Arkansas State Hospital and the court-appointed psychiatrist who found Walker competent to stand trial. Because defendant Arkansas State Hospital is not a person for purposes of § 1983, see Alsbrook v. City of Maumelle, 184 F.3d 999, 1010 (8th Cir. 1999), petition for cert. granted in part, 120 S. Ct. 1003, and dismissed, 120 S. Ct. 1265 (2000), and defendant psychiatrist is immune from damages under § 1983, see Moses v. Parwatikar, 813 F.2d 891, 892 (8th Cir. 1987), the district court properly dismissed Walker's lawsuit. We affirm on the basis of the district court's order without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.